UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
NIDAL AYYAD,

                Movant,

       -against-                                          16-cv-4346(LAK)
                                                                     (93-cr-0180 (LAK))

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------x
AHMAD MOHAMMAD AJAJ,

                Movant,

       -against-                                          16-cv-5031(LAK)
                                                                       (93-cr-0180 (LAK))

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------x
MOHAMMAD A. SALAMEH, Respondent

                Movant,

       -against-                                          16-cv-5184 (LAK)
                                                                       (93-cr-0180 (LAK))

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------x
EYAD ISMOIL, Respondent

                Movant,

       -against-                                          16-cv-5658 (LAK)
                                                                       (93-cr-0180 (LAK))

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------x

                            **ORDER**

LEWIS A. KAPLAN, *District Judge.*

    The Second Circuit decided *United States v. Barrett*, 14-2641-cr on August 30, 2019. The government's response to petitioners' 2255 motions in the above captioned actions shall be filed no later than December 9, 2019. The government shall file one brief for issues common to all petitioners. The government may file supplemental briefs for any individual issues.

    Petitioners shall file their reply, if any, within 60 days of the date the government files its response. They shall file one brief for issues common to all petitioners. They may file supplemental briefs for any individual issues.

    This order supersedes the order previously filed on October 1, 2019 in 16-cv-5184 [DI 23].

    SO ORDERED.

Dated:  October 10, 2019

                        Lewis A. Kaplan
                        United States District Judge