# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 22, 2020

**BY ECF AND EMAIL**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

**Re:** *United States v. Nidal Ayyad*
**93 Cr. 180 (LAK)**

Dear Judge Kaplan,

I respectfully write on behalf of Nidal Ayyad to correct two typographical errors in Mr. Ayyad's letter to the Court dated July 20, 2020, requesting a *de novo* sentencing hearing.

A reference to the Court's Order on page 2 of the letter should refer to an Order dated June 24, 2020, not June 24, 2019.

A citation to the Second Circuit case of *United States v. Rigas* on page 2 of the letter, should be 583 F.3d 108, not 1108.

Respectfully submitted,

/S/
Robert M. Baum
Assistant Federal Defender

cc: Government Attorneys