UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

                                        93 Cr. 180 (LAK)

       - v. -

                                        NOTICE OF MOTION

NIDAL AYYAD,
              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      PLEASE TAKE NOTICE, that upon the annexed declaration of PETER J. TOMAO, ESQ., all the papers and proceedings heretofore had herein, the undersigned attorney respectfully moves this Court pursuant to Rules 35 and 36 of the Federal Rules of Criminal Procedure to enter an order correcting the amended judgment herein to conform with the ruling of the United States Court of Appeals for the Second Circuit in *United States v. Salameh*, 261 F.3d 271, 277 (2d Cir. 2001).

Dated:  Garden City, New York
         June 28, 2021

                                                              Respectfully submitted,

                                                              _____
                                                               PETER J. TOMAO, ESQ.
                                                                Attorney for Defendant Nidal Ayyad
                                                                600 Old Country Road, Suite 328
                                                                Garden City, NY 11530
                                                               (516) 877-7015

TO:

Clerk of Court (via ECF)
Hon. Lewis A. Kaplan (2 Courtesy Copiesl)
AUSA Ryan Finkel (via ECF)