To: United States District Court
Chambers of
United States District Judge: LEWIS A. KAPLAN
500 Pearl STREET
NEW YORK, NY    10007

From: NIDAL AYYAD
Reg. No. 16917-050
FCC - USP 1
P.O. Box: 1033
Coleman, FL 33521

RE: **U.S. V. NIDAL AYYAD**
Case No.: '93 Cr. 180-LAK

On September 17th, 2024, I sent to this Court motion "FOR EXTENSION OF TIME TO FILE HIS MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE, PURSUANT TO 28 U.S.C. 2255" Herein I'm enclosing a memo issued by FCC-Coleman Complex Warden regarding a "modified operation" as a support for my motion.

During this operation all inmates are confined to their cells 24 hours a day. No access to Law library or computers or phones until further notice.

1 of 2

— AYYAD's Letter continued

I declare that the above is true and correct under the penalty of perjury, pursuant to 28 USC 1746.

Respectfully Submitted

*Nidal Ayyad*
NIDAL AYYAD # 16917-050
USP Coleman 1

DATED: September 20th, 2024

I further declare under the penalty of perjury that I have given this motion/letter with the enclosed to the prison staff, properly addressed to the court, First-Class U.S. Postage prepaid to be processed as Legal mail.

Dated: September 20th, 2024

Respectfully,
*Nidal Ayyad*
NIDAL AYYAD

2 of 2



# FCC Coleman

## USP-1 Coleman

## Modified Operations

On September 19, 2024, USP-1 was placed on Secured Status. This is due to numerous incidents over the last twenty-four hours involving inmates from different groups. Moving forward, a Plan of Action will be put in place to return the institution to normal operations. Your cooperation is not only appreciated but expected.

Visiting will be suspended until further notice.

_____    9-19-24
Shannon D. Withers, Complex Warden       Date

NIDAL AYYAD
#24917-050
Federal Correctional Complex - USP 1
P.O. Box 1033
Coleman, FL. 33521

"LEGAL MAIL"

TAMPA FL 335
SAINT-PETERSBURG FL
27 SEP 2024 PM 3 L

TO: UNITED STATES DISTRICT COURT for the Southern District of NEW YORK
Chambers of: LEWIS A KAPLAN, U.S. District Judge
500 PEARL STREET
NEW YORK, NY 10007